**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Albert SHIELDS, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 15, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of August, 2008, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

■

**Charles HAYNES, Petitioner**

v.

**Louis R. GIORLA, Lynne Abraham,**
**First Judicial District of PA, et**
**al., Respondents.**

Supreme Court of Pennsylvania.

Aug. 15, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

■

**Troy J. MAYER, Appellant**

v.

**Louis FOLINO, Jeffrey Beard,**
**Pennsylvania Department of**
**Corrections, Appellees.**

Supreme Court of Pennsylvania.

Aug. 18, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of August, 2008, the Order of the Commonwealth Court is hereby **AFFIRMED,** Appellant's Motion for Immediate Appointment of Counsel is **DISMISSED AS MOOT.**